UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 17-16949 |
|---|---|---|
| VINCENT E. CAMPBELL | Chapter: | 13 |
| | Judge: | ABA |

## NOTICE OF PROPOSED PRIVATE SALE

___Vincent E. Campbell___, ___debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: US Bankruptcy Court,
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg___ on ___March 5, 2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___4B___, ___4th Floor___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   257 Salem Avenue, Bellmawr, NJ 08031

Proposed Purchaser:   Skyward Investments, LLC

Sale price: $61,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: N/A
Amount to be paid:
Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Richard S. Hoffman, Jr., Esq.

Address: 412 Swedesboro Road, Mullica Hill, NJ 08062

Telephone No.: 856-694-3939

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 17-16949-ABA
Vincent E. Campbell                                           Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Feb 06, 2019
                              Form ID: pdf905          Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db             +Vincent E. Campbell,    103 Weathervane Drive,    Mount Royal, NJ 08061-1051
cr             +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
516960565      +Ameris Bank,    Attn Service Finance Co.,    555 S. Federal Hwy #200,    Boca Raton, FL 33432-6033
516750709       Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
516750714     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot Credit Services,    PO Box 182676,
                 Columbus, OH 43218-2676)
516750710      +Chrysler Capital,    Attn: Bankruptcy Dept.,    PO Box 961278,    Fort Worth, TX 76161-0278
516792913      +Ditech Financial LLC,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,    6409 CONGRESS AVE., SUITE 100,
                 BOCA RATON, FL 33487-2853
516777639     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company LLC,     Dept.  55953,    P O Box 55000,
                 Detroit,  MI. 48255-0953)
516750713       Ford Motor Credit Company,    PO Box 17948,    Greenville, SC 29606-8948
516994033      +KeyBank National Association,    C/O PHH Mortgage Corporation,    One Mortgage Stop Way,
                 Mail Stop SBRP,    Mt. Laurel, NJ 08054-4637
516750715      +Lawrence Campbell,    203 Princeton Ave,    National Park, NJ 08063-1562
516750718       PHH Mortgage,    Mortgage Service Center,    PO Box 5452,    Mount Laurel, NJ 08054-5452
516904727      +Santander Consumer USA,    PO Box 961275,    Fort Worth, TX 76161-0275
516895523      +Santander Consumer USA Inc., an Illinois corporati,    P.O. Box 961278,
                 Fort Worth, TX 76161-0278
516750719       Sears Credit Cards,    PO Box 6286,    Sioux Falls, SD 57117-6286
516750720      +Service Finance Company,    555 S. Federal Hwy,    Suite 200,    Boca Raton, FL 33432-6033
516750721       South Jersey Gas Co.,    PO Box 6091,    Bellmawr, NJ 08099-6091
516864805       Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
516750725      +Wells Fargo Dealer Services,    PO BOx 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2019 00:18:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2019 00:18:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516762306       E-mail/Text: mrdiscen@discover.com Feb 07 2019 00:17:34      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
516750711      +E-mail/Text: mrdiscen@discover.com Feb 07 2019 00:17:34      Discover Card,
                 Attn: Bankruptcy Dept.,    PO Box 3025,    New Albany, OH 43054-3025
516846615       E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2019 00:18:05
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516750712       E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2019 00:18:05      Ditech Financial, LLC,
                 Bankruptcy Department,    PO Box 6154,    Rapid City, SD 57709-6154
516773568       E-mail/PDF: cbp@onemainfinancial.com Feb 07 2019 00:26:27      ONEMAIN FINANCIAL,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516750716       E-mail/PDF: cbp@onemainfinancial.com Feb 07 2019 00:28:32      OneMain Financial,
                 Bankrutpcy Department,    PO Box 6042,    Sioux Falls, SD 57117-6042
516750717      +E-mail/PDF: cbp@onemainfinancial.com Feb 07 2019 00:28:32      OneMain Financial,
                 CVS Plaza Shopping Center,    1107 Mantua Pike Suite 7,    West Deptford, NJ 08051-1606
517163965       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2019 00:27:52
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517163966       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2019 00:39:45
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516969181       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2019 00:28:52
                 Portfolio Recovery Associates, LLC,    c/o Sears Card,    POB 41067,    Norfolk VA 23541
516969184       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2019 00:27:52
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
516867763       E-mail/Text: bnc-quantum@quantum3group.com Feb 07 2019 00:18:30
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516750722      +E-mail/Text: jchrist@stewardfs.com Feb 07 2019 00:18:50      Steward Financial Services,
                 PO Box 39,    Maple Shade, NJ 08052-0039
516750723     ++E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2019 00:27:38      Syncb/Smart Carpet,
                 PO box 965036,    Orlando, FL 32896-5036
516754196     ++E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2019 00:27:38      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516750724       E-mail/Text: bankruptcy@td.com Feb 07 2019 00:18:46      TD Bank,    PO Box 219,
                 Lewiston, ME 04243
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 06, 2019
                              Form ID: pdf905          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2019 at the address(es) listed below:

```
          Charles G. Wohlrab    on behalf of Creditor    PHH MORTGAGE COPRORATION cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
           jgould@stark-stark.com
          Katherine Knowlton Lopez    on behalf of Creditor    PHH MORTGAGE COPRORATION klopez@logs.com
          Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Richard S. Hoffman, Jr.    on behalf of Debtor Vincent E. Campbell rshoffman@hoffmandimuzio.com,
           lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```