UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial LLC

**Order Filed on February 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Vincent E. Campbell, Anna Marie Campbell,

Debtors.

Case No.: 17-16949 ABA

Adv. No.:

Hearing Date: 2/11/19 @ 10:00 a.m.

Judge: Andrew B. Altenburg Jr.

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 20, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Vincent E. Campbell, Anna Marie Campbell
Case No:  17-16949 ABA
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 103 Weathervane Drive, Mount Royal, NJ, 08061, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Richard S. Hoffman, Jr., Esquire, attorney for Debtor, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that as of February 7, 2019, Debtors are due for the payments due October 2018 through February 2019 with $22.52 in suspense for a total post-petition default of $4,865.03; and

  It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $4,865.03 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

  It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2019, directly to Secured Creditor, Ditech Financial LLC, P.O. Box 0049, Palatine, Illinois 60055-0049 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

  It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

  It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 17-16949-ABA
Vincent E. Campbell                                                Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Feb 20, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2019.
db             +Vincent E. Campbell,    103 Weathervane Drive,    Mount Royal, NJ 08061-1051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    PHH MORTGAGE COPRORATION cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com
              Katherine Knowlton Lopez    on behalf of Creditor    PHH MORTGAGE COPRORATION klopez@logs.com
              Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Vincent E. Campbell rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10